IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Garcia-Rios, Elvia | Case Number:  07 B 18808 |
| | Judge:  Squires, John H |
| Printed:  4/15/08 | Filed:  10/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 5, 2008
Confirmed: December 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,555.81 | |
| Secured: | | 455.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,962.79 |
| Trustee Fee: | | 138.02 |
| Other Funds: | | 0.00 |
| Totals: | 2,555.81 | 2,555.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 1,962.79 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,196.34 | 60.00 |
| 5. | American General Finance | Secured | 506.91 | 20.00 |
| 6. | Toyota Motor Credit Corporatio | Secured | 17,826.73 | 375.00 |
| 7. | Wells Fargo Financial Illinois Inc | Secured | 3,412.13 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 109.93 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 52.42 | 0.00 |
| 10. | Wells Fargo Financial Bank | Unsecured | 241.97 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 133.64 | 0.00 |
| 12. | Toyota Motor Credit Corporatio | Unsecured | 6.01 | 0.00 |
| 13. | Wells Fargo Financial Illinois Inc | Unsecured | 81.55 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 40.82 | 0.00 |
| 15. | Wells Fargo Financial Bank | Unsecured | 279.86 | 0.00 |
| 16. | American General Finance | Unsecured | 192.49 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 111.32 | 0.00 |
| 18. | American General Finance | Unsecured | 287.79 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 244.20 | 0.00 |
| 20. | Nicor Gas | Unsecured | 34.74 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 98.64 | 0.00 |
| 22. | American Express Centurion | Unsecured | 317.53 | 0.00 |
| 23. | CBCS | Unsecured | | No Claim Filed |
| 24. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Garcia-Rios, Elvia | Case Number:  07 B 18808 |
| | Judge:  Squires, John H |
| Printed:  4/15/08 | Filed:  10/12/07 |

| | | | |
|---|---|---|---|
| 26.  MB Financial | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 28,656.52 | $ 2,417.79 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 138.02 |
| | _____ |
| | $ 138.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____